No. 75–988. Epoch Producing Corp. *v.* Killiam Shows, Inc., et al. C. A. 2d Cir. Certiorari denied.

No. 75–993. Whitt *v.* Vauthier. Ct. App. La., 4th Cir. Certiorari denied.

No. 75–998. Church *v.* New Hampshire. Sup. Ct. N. H. Certiorari denied.

No. 75–1012. Cornelius et al. *v.* City of Parma, Ohio, et al. C. A. 6th Cir. Certiorari denied.

No. 75–1022. Calhoun *v.* Riverside Research Institute et al. C. A. 2d Cir. Certiorari denied.

No. 75–5680. Quinn *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 75–5778. Rudman *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–5799. Scott *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 75–5822. Soto *v.* Oregon. Ct. App. Ore. Certiorari denied.

No. 75–5870. Draughon *v.* Rees, Warden. C. A. 9th Cir. Certiorari denied.

No. 75–5877. Turner *v.* Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.